CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

FEB 0 9 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| EDWARD E. STROUPE, JR., | ) |
| | ) |
| Plaintiff, | ) Case No. 1:07CV00090 |
| | ) |
| | ) **FINAL JUDGMENT** |
| v. | ) |
| | ) By: James P. Jones |
| COMMISSIONER OF SOCIALSECURITY, | ) Chief United States District Judge |
| | ) |
| Defendant. | ) |

Based upon the court's de novo review of those portions of the magistrate judge's report and recommendations to which the plaintiff objected, it is **ADJUDGED AND ORDERED** as follows:

1. The plaintiff's objections are overruled;

2. The magistrate judge's report and recommendations are accepted;

3. The motion for summary judgment by the Commissioner of Social Security ("Commissioner") is granted;

4. The final decision of the Commissioner is **affirmed**; and

5. The clerk is directed to close the case.

ENTER: February 9, 2009

_____
Chief United States District Judge